

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2018

No. 04-18-00072-CR

Sierra **FISHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5413A
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

On June 9, 2018, appellant filed her appellant brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.10 in that the brief includes sensitive data, specifically the name of a minor, and such data has not been redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.10 (indicating sensitive data, such as the name of any person who was a minor when underlying suit was filed, may not be filed with court and must be redacted).

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 9.10 on or before **July 2, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2018.



Keith E. Hottle
Clerk of Court